Henry Newman and Fred Danielson, trading as Newman & Danielson, appellees, v. Edward Skog, appellant.   Gen. No. 8,149.

Opinion filed January 25, 1928.

Claude M. Swanson, for appellant.   F. M. Thompson, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

Arthur J. Robinson, appellee, v. Excelsior Stove & Manufacturing Company, appellant.   Gen. No. 8,158.

Opinion filed January 25, 1928.

C. H. Wood and John T. Inghram, for appellant.   John E. Wall, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Alex Chesnoy, plaintiff in error.   Gen. No. 8,126.

Opinion filed January 25, 1928.

L. E. Stone, for plaintiff in error.   Frank M. Ramey, State's Attorney, for defendant in error; Lester K. Vandever, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

Forrest Dunsworth, appellee, v. Lena Wheeler, appellant.   Gen. No. 8,154.

Opinion filed January 25, 1928.

Flack & Kerman, for appellant.   Curran & Curran, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.